■ ALICE CUNNINGHAM, Appellant, v. ISIDORE L. MALBIN et al., Respondents.— In an action to recover damages for personal injuries, the appeal is from an order which on reargument adhered to the original decision denying

appellant's application for a preference under rule 9 of the Kings County Supreme Court Trial Term Rules, unless she consent within a stated time to an examination by a physician to be designated by the court, in which event the decision on reargument will be held in abeyance. Order affirmed, with $10 costs and disbursements. On the basis of the medical proof submitted on the application, a denial of a preference was warranted. In the circumstances, the conditional order appealed from was within the bounds of the court's discretion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.